# EXHIBIT B

Open a FREE Account | Log in | Help



Enter a domain name    Whois Search ▾    Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > ActivateSimpleMobile.com

### ActivateSimpleMobile.com Whois Record

Tweet    Like    9k

**Cell Phone Lookup — Free** 1) Lookup By Name Or Cell. 2) Get Full Name, Current Address & Pics! Spokeo.com/Cell-Phone-Lookup

**Retractable Key Chains** Buy the original KEY-BAK key reel. Made in America since 1948. www.keybak.com

**International Calling** Unlimited Calling to 60+ Countries! $9.99/mo for 3 Months - Join Now. Vonage.com/internationalcalling

**Prepaid Phones Deals** UpTo 40% Off Prepaid Phones Don't Miss These Awesome Deals! www.InteriorsBuyer.com

**Medicare Part D Plans** Compare Medicare Part D Plans. View All Plans & Prices Online. www.MedicareSolutions.com

AdChoices ▷

**Whois Record**    Site Profile    Registration    Server Stats    For Sale

Reverse Whois: **"American Wireless Group" owns about** **5 other domains**
Registrar History: **1 registrar**
NS History: **1 change** on **2** unique name servers over **1** year
IP History: **17 changes** on **13** unique IP addresses over **1** years.
Whois History: **9 records** have been archived **since 2012-02-24**
Reverse IP: **585 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

Preview the complete Domain Report for activatesimplemobile.com

**DomainTools for Windows®**
Now you can access domain ownership
records … from your own desktop!
Download Now>



No Screenshot Available

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
  Domain Name: ACTIVATESIMPLEMOBILE.COM

  Registrant:
  American Wireless Group

  Domain servers in listed order:
    KIM.NS.CLOUDFLARE.COM
    THEO.NS.CLOUDFLARE.COM
```

What's the value of this domain?
FIND OUT WHAT IT'S WORTH AT
DOMAININDEX.COM

You must **Register** or **Log in** to view the Whois record for this domain name

Backorder this domain or Hire a domain broker

**Country TLDs**    General TLDs

Available domains for registration

| | | |
|---|---|---|
| ☐ | ActivateSimpleMobile **at** | Register |
| ☐ | ActivateSimpleMobile **be** | Register |
| ☐ | ActivateSimpleMobile **ch** | Register |
| ☐ | ActivateSimpleMobile **cn** | Register |
| ☐ | ActivateSimpleMobile **co.uk** | Register |
| ☐ | ActivateSimpleMobile **de** | Register |
| ☐ | ActivateSimpleMobile **dk** | Register |
| ☐ | ActivateSimpleMobile **es** | Register |
| ☐ | ActivateSimpleMobile **eu** | Register |
| ☐ | ActivateSimpleMobile **in** | Register |

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

**Register All Selected >**    Show all (17) >

**Shop Newegg.com**
Newegg.com/Ultrabook
Desktops, Laptops, All-in-Ones - Intel® Core i5 Fast Speeds.

➡

AdChoices ▷

AdChoices ▷

**Top 7 No Contract Phones**
Comparestores.net/C…
2013 Bestselling Cell Phones Compare Latest Deals & Save Big

**No Contract Cell Phones**
smarter.com/NoContr…
Best Selling Cell Phones With The Newest Features. No Contract!

**24Hr Locksmith San Jose**
locksmith-san-jose.or…
Leading Security And Locksmith In San Jose Area. Call Us %10 Off

**Seniors Cell Phone Plans**
Zact.com/Senior-Cell…
No Contracts & Customizable Plans. Talk, Text, Data -- from $4/Month!

**T Mobile Cheap Phones**
CellPlus.com
Limited Time Only (Free S&H) Rated #1 Cell Phone Site In 2012!

**Virgin Mobile®**
www.virginmobileusa…
Official Site: Great Phones, Free Shipping & Plans Starting at $35/mo

**Mobile Phone App**
Info.com/MobilePhon…
Developers Info. Access 10 Search Engines At Once.

**Prepaid Phone Plans**
CanDoFinance.com/…
Considering a Prepaid Cell Plan? See our Free Helpful Guide Online.

**Top 10 No Contract Phones**
DealHunter.us/No-Co…
Bestselling No Contract Phones At Best Prices Ever!

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.

Case 1:13-cv-00833-LO-JFA   Document 1-2   Filed 07/09/13   Page 4 of 50 PageID# 24



 **Domain**Tools

activatesimplemobile.com | Whois Search ▼ | Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > My-Simple-Mobile.com

## My-Simple-Mobile.com Whois Record

Tweet    Like    9k

**Create Mobile Website** Convert your Desktop Site to Mobile Instantly. Free Mobile Website. www.dudamobile.com/mobile-website

**$2.95 Domains at Go Daddy** Why Pay More? Compare Us! Free Hosting w/Site Builder & More. GoDaddy.com

**24Hr Locksmith San Jose** Leading Security And Locksmith In San Jose Area. Call Us %10 Off locksmith-san-jose.org/Emergency

**Cell Phone Lookup — Free** 1) Lookup By Name Or Cell. 2) Get Full Name, Current Address & Pics! Spokeo.com/Cell-Phone-Lookup

**T Mobile Cheap Phones** Limited Time Only (Free S&H) Rated #1 Cell Phone Site In 2012! CellPlus.com

AdChoices ▷

Whois Record    Site Profile    Registration    Server Stats    For Sale



Reverse Whois: "American Wireless LLC" owns about 117 other domains
Registrar History: 1 registrar
NS History: 1 change on 2 unique name servers over 1 year.
IP History: 2 changes on 3 unique IP addresses over 1 years.
Whois History: 5 records have been archived since 2012-09-25
Reverse IP: 255,989 other sites hosted on this server.

🔍 Log In or Create a FREE account to start monitoring this domain name

📄 Preview the complete Domain Report for my-simple-mobile.com

**DomainTools for Windows®**
Now you can access domain ownership
records ... from your own desktop!
Download Now▸

No Screenshot Available

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: MY-SIMPLE-MOBILE.COM

   Registrant:
   American Wireless LLC

   Domain servers in listed order:
   NS21.DOMAINCONTROL.COM
   NS22.DOMAINCONTROL.COM
```

You must **Register** or **Log in** to view the Whois record for this domain name

Backorder this domain or Hire a domain broker

What's This Domain Worth?
FIND OUT AT
DOMAININDEX.COM

**Country TLDs**    General TLDs

Available domains for registration:

| | | |
|---|---|---|
| ☐ My-Simple-Mobile **at** | | Register |
| ☐ My-Simple-Mobile **ch** | | Register |
| ☐ My-Simple-Mobile **cn** | | Register |
| ☐ My-Simple-Mobile **co.uk** | | Register |
| ☐ My-Simple-Mobile **de** | | Register |
| ☐ My-Simple-Mobile **dk** | | Register |
| ☐ My-Simple-Mobile **es** | | Register |
| ☐ My-Simple-Mobile **eu** | | Register |
| ☐ My-Simple-Mobile **fr** | | Register |
| ☐ My-Simple-Mobile **in** | | Register |

**Register All Selected >**    Show all (17) >

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9



AdChoices ▷

**No Contract Cell Phones**

smarter.com/NoContr…

Best Selling Cell Phones With The Newest Features. No Contract!

**(No Fee) Jobs From Home**

pastimor.com/career/

$15-$50/Hour - Work at Home Jobs. Hurry and Apply Online. Act Now!

**Free Reverse Phone Lookup**

FreePhoneTracer.com

1) Enter Any Phone Number Now 2) Get Full Owner Info - Try Free!

**Police Auctions Site**

www.PoliceAuctions.…

Car and Foreclosure Listings Bid on Gold, Jewelry, & Coins Now!

**Hostway Dedicated Hosting**

www.Hostway.com/D…

Superior Managed Dedicated Hosting. Fully Customizable,

**Top 7 No Contract Phones**

Comparestores.net/C…

2013 Bestselling Cell Phones Compare Latest Deals & Save Big

**Grants For Online Schools**

www.classesandcare…

Explore Grant & School Options. You May Qualify For Grants For School!

**Medicare Part D Plans**

www.MedicareSoluti…

Compare Medicare Part D Plans. View All Plans & Prices Online.

**Top 10 Phone Systems 2013**

www.CompareBusin…

Reviews, Pricing, Features & More. Get Your Free Comparison Chart Now!

© 2013 DomainTools, LLC All rights reserved.





Open a FREE Account | Log in | Help

my-simple-mobile.com    [Whois Search ▾]    Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > My-Simple-Mobile.info

## My-Simple-Mobile.info Whois Record

Tweet    Like    9k

**Download SDN Whitepaper** Cost-Effective & Resilient Networks Learn How to Architect SDN Today! www.GoGrid.com/SDN

**Shop Newegg.com** Desktops, Laptops, All-in-Ones - Intel® Core i5 Fast Speeds. Newegg.com/Ultrabook

**Verizon Wireless** The New Droid RAZR 4G LTE. On Sale Verizon Official Site. verizonwireless.com

**Compare VoIP Providers** Save Upto 80% On Your Phone Bills Get Free Comparison and Reviews! www.WhichVoIP.com

**New Laptop from Google** Introducing Chromebook. The $249 laptop from Google. Learn more. google.com/chromebook

AdChoices ▷

Whois Record    Site Profile    Registration    Server Stats    For Sale

Reverse Whois: **"American Wireless LLC" owns about 117 other domains**

Email Search: ahmed@american-wireless.us is associated with about 152 domains

NS History: 1 change on 2 unique name servers over 1 year.

IP History: 2 changes on 3 unique IP addresses over 1 years

Whois History: 5 records have been archived since 2012-08-25

Reverse IP: 256,064 other sites hosted on this server

Log In or Create a FREE account to start monitoring this domain name

Preview the complete Domain Report for my-simple-mobile.info

**DomainTools for Windows®**
Now you can access domain ownership records ... from your own desktop!
Download Now>



No Screenshot Available

DOMAININDEX.COM
WHATS THIS DOMAIN WORTH?

```
Domain ID:D47866621-LRMS
Domain Name:MY-SIMPLE-MOBILE.INFO
Created On:24-Sep-2012 06:03:44 UTC
Last Updated On:23-Nov-2012 20:30:28 UTC
Expiration Date:24-Sep-2013 06:03:44 UTC
Sponsoring Registrar:GoDaddy.com, LLC (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR124670414
Registrant Name:Asif Ahmed
Registrant Organization:American Wireless LLC
Registrant Street1:4238 Wilson Blvd
Registrant Street2:Suite 1216
Registrant Street3:
Registrant City:Arlington
Registrant State/Province:Virginia
Registrant Postal Code:22203
Registrant Country:US
Registrant Phone:+1.2024703332
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email: ahmed@american-wireless.us
Admin ID:CR124670416
Admin Name:Asif Ahmed
Admin Organization:American Wireless LLC
Admin Street1:4238 Wilson Blvd
Admin Street2:Suite 1216
Admin Street3:
Admin City:Arlington
Admin State/Province:Virginia
Admin Postal Code:22203
Admin Country:US
Admin Phone:+1.2024703332
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email: ahmed@american-wireless.us
Billing ID:CR124670417
Billing Name:Asif Ahmed
Billing Organization:American Wireless LLC
Billing Street1:4238 Wilson Blvd
Billing Street2:Suite 1216
```

**Country TLDs**    General TLDs

Available domains for registration:

| ☐ My-Simple-Mobile at | Register |
| ☐ My-Simple-Mobile ch | Register |
| ☐ My-Simple-Mobile cn | Register |
| ☐ My-Simple-Mobile co uk | Register |
| ☐ My-Simple-Mobile de | Register |
| ☐ My-Simple-Mobile dk | Register |
| ☐ My-Simple-Mobile eu | Register |
| ☐ My-Simple-Mobile fr | Register |
| ☐ My-Simple-Mobile in | Register |
| ☐ My-Simple-Mobile it | Register |

**Register All Selected >**    Show all (17) >

AdChoices [>

**Coaching
Education Online**

CoachingEducation.....

Ohio Univ - Master's
Coaching Ed Online -
Accredited - Apply
Today!

**1(800)Car-Title®
Loans**

www.1800cartitleloan...

Get a Low Interest Rate
Auto Title Loan Starting
at 2.1% a Month

**24Hr Locksmith
San Jose**

locksmith-san-jose.or...

Leading Security And
Locksmith In San Jose
Area. Call Us %10 Off

**Symantec
Antivirus - Free**

www.Symantec.com

#1-Ranked in Online
Protection. Download
Latest Version for Free.

**Virgin Mobile®**

www.virginmobileusa...

Official Site: Great
Phones, Free Shipping
& Plans Starting at
$35/mo

**Create a Mobile
Website**

www.dudamobile.co...

Build Your Free Mobile
Website Now! Easy
Conversion from
Desktop Site.

**Cheap Landline
Service**

smarter.com/Landlin...

Compare Top Rated
Landline Services &
Save. Reliable & Many
Options.

**Professional Web
Design**

thumbtack.com/Web...

Find Top-Rated Mobile
Web Design. Compare
Quotes & Save. Search
Now!

**International Tax**

www.Orbitax.com

Finally easy to use
software for
international tax
professionals.

```
Billing Street3:
Billing City:Arlington
Billing State/Province:Virginia
Billing Postal Code:22203
Billing Country:US
Billing Phone:+1.2024703332
Billing Phone Ext.:
Billing FAX:
Billing FAX Ext.:
Billing Email: ahmed@american-wireless.us
Tech ID:CR124670415
Tech Name:Asif Ahmed
Tech Organization:American Wireless LLC
Tech Street1:4238 Wilson Blvd
Tech Street2:Suite 1216
Tech Street3:
Tech City:Arlington
Tech State/Province:Virginia
Tech Postal Code:22203
Tech Country:US
Tech Phone:+1.2024703332
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email: ahmed@american-wireless.us
Name Server:NS22.DOMAINCONTROL.COM
Name Server:NS21.DOMAINCONTROL.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.





Case 1:13-cv-00833-LO-JFA   Document 1-2   Filed 07/09/13   Page 12 of 50 PageID# 32

```
Tech ID:CR101049989
Tech Name:Asif Ahmed
Tech Organization:American Wireless LLC
Tech Address:4238 Wilson Blvd
Tech Address2:Suite 1216
Tech Address3:
Tech City:Arlington
Tech State/Province:Virginia
Tech Country/Economy:US
Tech Postal Code:22203
Tech Phone:+1.2024703332
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
```
Tech E-mail: 
```
Nameservers:NS15.DOMAINCONTROL.COM
Nameservers:NS16.DOMAINCONTROL.COM
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Join Our Team  |  Contact Us  |  Press  |  Site Map

© 2013 DomainTools, LLC All rights reserved



Case 1:13-cv-00833-LO-JFA   Document 1-2   Filed 07/09/13   Page 14 of 50 PageID# 34

```
Tech ID:CR124670411
Tech Name:Asif Ahmed
Tech Organization:American Wireless LLC
Tech Street1:4238 Wilson Blvd
Tech Street2:Suite 1216
Tech Street3:
Tech City:Arlington
Tech State/Province:Virginia
Tech Postal Code:22203
Tech Country:US
Tech Phone:+1.2024703332
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email: ahmed@american-wireless.us
Name Server:THEO.NS.CLOUDFLARE.COM
Name Server:KIM.NS.CLOUDFLARE.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved





a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Join Our Team  |  Contact Us  |  Press  |  Site Map

© 2013 DomainTools, LLC All rights reserved





Case 1:13-cv-00833-LO-JFA   Document 1-2   Filed 07/09/13   Page 18 of 50 PageID# 38

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Join Our Team  |  Contact Us  |  Press  |  Site Map

© 2013 **DomainTools, LLC** All rights reserved.





Case 1:13-cv-00833-LO-JFA   Document 1-2   Filed 07/09/13   Page 20 of 50 PageID# 40

© 2013 DomainTools, LLC All rights reserved





a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Join Our Team  |  Contact Us  |  Press  |  Site Map

© 2013 DomainTools, LLC All rights reserved.







Case 1:13-cv-00833-LO-JFA   Document 1-2   Filed 07/09/13   Page 25 of 50 PageID# 45



You are logged in as kimce_5015 | Upgrade Your Account | Log out | Help

**Domain**Tools

net10payment.com     Whois Search ▾     Search

Overview    Whois Lookup    Reverse Whois    Whois History    Domain Report    Hosting History    Screenshots    Name Server Report    Reverse IP    DNS

## Net10Payment.info Whois Record ✏

Tweet     Like     9k

Search Whois Records    net10payment.info              Search

**Add Missing Screenshot:**

Queue Screenshot For Addition

Whois Record    Site Profile    Registration    Server Stats    My Whois

You the smart one? Let us
show you the job you dream of

### Whois Record

| | |
|---|---|
| Reverse Whois: | "American Wireless" owns about 249 other domains |
| Email Search: | net10@american-wireless.us is associated with about 7 domains |
| NS History: | 1 change on 2 unique name servers over 1 year |
| Whois History: | 5 records have been archived since 2012-08-05 |

🔍 Monitor This Domain Name

📄 Preview the complete Domain Report for net10payment.info

**DomainTools for Windows®**
Now you can access domain ownership
records ... from your own desktop!
Download Now>

```
Domain ID:D47386727-LRMS
Domain Name:NET10PAYMENT.INFO
Created On:04-Aug-2012 06:19:37 UTC
Last Updated On:03-Oct-2012 20:36:29 UTC
Expiration Date:04-Aug-2013 06:19:37 UTC
Sponsoring Registrar:GoDaddy.com, LLC (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR120725578
Registrant Name:Asif Ahmed
Registrant Organization:American Wireless
Registrant Street1:4238 Wilson Blvd
Registrant Street2:Suite 1216
Registrant Street3:
Registrant City:Arlington
Registrant State/Province:Virginia
Registrant Postal Code:22203
Registrant Country:US
Registrant Phone:+1.8003194757
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email: net10@american-wireless.us
Admin ID:CR120725580
Admin Name:Asif Ahmed
Admin Organization:American Wireless
Admin Street1:4238 Wilson Blvd
Admin Street2:Suite 1216
Admin Street3:
Admin City:Arlington
Admin State/Province:Virginia
Admin Postal Code:22203
Admin Country:US
Admin Phone:+1.8003194757
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email: net10@american-wireless.us
Billing ID:CR120725581
Billing Name:Asif Ahmed
Billing Organization:American Wireless
Billing Street1:4238 Wilson Blvd
Billing Street2:Suite 1216
Billing Street3:
Billing City:Arlington
Billing State/Province:Virginia
```

DOMAININDEX.COM
APPRAISE THIS DOMAIN FOR ME

Country TLDs    General TLDs

Available domains for registration

☐ Net10Payment at        Register
☐ Net10Payment cn        Register
☐ Net10Payment co uk     Register
☐ Net10Payment de        Register
☐ Net10Payment dk        Register
☐ Net10Payment es        Register
☐ Net10Payment eu        Register
☐ Net10Payment fr        Register
☐ Net10Payment in        Register
☐ Net10Payment it        Register

Register All Selected >    Show all (17) >

Case 1:13-cv-00833-LO-JFA   Document 1-2   Filed 07/09/13   Page 26 of 50 PageID# 46

```
Billing Postal Code:22203
Billing Country:US
Billing Phone:+1.8003194757
Billing Phone Ext.:
Billing FAX:
Billing FAX Ext.:
Billing Email: net10@american-wireless.us
Tech ID:CR120725579
Tech Name:Asif Ahmed
Tech Organization:American Wireless
Tech Street1:4238 Wilson Blvd
Tech Street2:Suite 1216
Tech Street3:
Tech City:Arlington
Tech State/Province:Virginia
Tech Postal Code:22203
Tech Country:US
Tech Phone:+1.8003194757
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email: net10@american-wireless.us
Name Server:KIM.NS.CLOUDFLARE.COM
Name Server:THEO.NS.CLOUDFLARE.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.





Case 1:13-cv-00833-LO-JFA   Document 1-2   Filed 07/09/13   Page 28 of 50 PageID# 48





```
Billing Postal Code:22203
Billing Country:US
Billing Phone:+1.8003194757
Billing Phone Ext.:
Billing FAX:
Billing FAX Ext.:
Billing Email: net10@american-wireless.us
Tech ID:CR120725571
Tech Name:Asif Ahmed
Tech Organization:American Wireless
Tech Street1:4238 Wilson Blvd
Tech Street2:Suite 1216
Tech Street3:
Tech City:Arlington
Tech State/Province:Virginia
Tech Postal Code:22203
Tech Country:US
Tech Phone:+1.8003194757
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email: net10@american-wireless.us
Name Server:KIM.NS.CLOUDFLARE.COM
Name Server:THEO.NS.CLOUDFLARE.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved











Case 1:13-cv-00833-LO-JFA   Document 1-2   Filed 07/09/13   Page 35 of 50 PageID# 55



a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved







Case 1:13-cv-00833-LO-JFA   Document 1-2   Filed 07/09/13   Page 39 of 50 PageID# 59







Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.





You are logged in as kimce_5015  **Upgrade Your Account** | Log out | Help

[ ordersimplemobile.com ]   [ Whois Search ▾ ]   Search

Overview   Whois Lookup   Reverse Whois   Whois History   Domain Report   Hosting History   Screenshots   Name Server Report   Reverse IP   DNS

## Simple-Mobile-Bill-Payment.info Whois Record

Tweet    Like    9k

Search Whois Records    simple-mobile-bill-payment.info          Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

**Related Domains For Sale or At Auction**                              1 2 3  More >

Snowmobile.info ($6,900)    Omobile.info ($1,999)    MobileBroadband.info ($3,988)
Oldsmobile.info ($439)    Mobilec.com ($3,000)    MobileDisco.com ($3,888)

Reverse Whois: "American Wireless LLC" owns about  139 other domains
Email Search: ahmed@american-wireless.us is associated with about 152 domains

NS History: 1 change on 2 unique name servers over 1 year
IP History: 2 changes on 3 unique IP addresses over 1 years
Whois History: 5 records have been archived since 2012-09-25
Reverse IP: 254,855 other sites hosted on this server

Monitor This Domain Name

Preview the complete Domain Report for simple-mobile-bill-payment.info

**DomainTools for Windows®**
Now you can access domain ownership
records ... **from your own desktop!**
Download Now>



**You the smart one?** Let us
show you the job you dream of



**20% OFF** For New Customers
Code: DOMAINTOOLS

```
Domain ID:D47866620-LRMS
Domain Name:SIMPLE-MOBILE-BILL-PAYMENT.INFO
Created On:24-Sep-2012 06:03:44 UTC
Last Updated On:23-Nov-2012 20:30:28 UTC
Expiration Date:24-Sep-2013 06:03:44 UTC
Sponsoring Registrar:GoDaddy.com, LLC (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR124670406
Registrant Name:Asif Ahmed
Registrant Organization:American Wireless LLC
Registrant Street1:4238 Wilson Blvd
Registrant Street2:Suite 1216
Registrant Street3:
Registrant City:Arlington
Registrant State/Province:Virginia
Registrant Postal Code:22203
Registrant Country:US
Registrant Phone:+1.2024703332
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email: ahmed@american-wireless.us
Admin ID:CR124670408
Admin Name:Asif Ahmed
Admin Organization:American Wireless LLC
Admin Street1:4238 Wilson Blvd
Admin Street2:Suite 1216
Admin Street3:
Admin City:Arlington
Admin State/Province:Virginia
Admin Postal Code:22203
Admin Country:US
Admin Phone:+1.2024703332
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email: ahmed@american-wireless.us
```

Country TLDs    General TLDs

Available domains for registration

| | | |
|---|---|---|
| Simple-Mobile-Bill-Payment | at | Register |
| Simple-Mobile-Bill-Payment | be | Register |
| Simple-Mobile-Bill-Payment | ch | Register |
| Simple-Mobile-Bill-Payment | cn | Register |
| Simple-Mobile-Bill-Payment | co.uk | Register |
| Simple-Mobile-Bill-Payment | de | Register |
| Simple-Mobile-Bill-Payment | dk | Register |
| Simple-Mobile-Bill-Payment | es | Register |
| Simple-Mobile-Bill-Payment | in | Register |
| Simple-Mobile-Bill-Payment | it | Register |

**Register All Selected >**    Show all (15) >

```
Billing ID:CR124670409
Billing Name:Asif Ahmed
Billing Organization:American Wireless LLC
Billing Street1:4238 Wilson Blvd
Billing Street2:Suite 1216
Billing Street3:
Billing City:Arlington
Billing State/Province:Virginia
Billing Postal Code:22203
Billing Country:US
Billing Phone:+1.2024703332
Billing Phone Ext.:
Billing FAX:
Billing FAX Ext.:
Billing Email: ahmed@american-wireless.us
Tech ID:CR124670407
Tech Name:Asif Ahmed
Tech Organization:American Wireless LLC
Tech Street1:4238 Wilson Blvd
Tech Street2:Suite 1216
Tech Street3:
Tech City:Arlington
Tech State/Province:Virginia
Tech Postal Code:22203
Tech Country:US
Tech Phone:+1.2024703332
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email: ahmed@american-wireless.us
Name Server:NS22.DOMAINCONTROL.COM
Name Server:NS21.DOMAINCONTROL.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Join Our Team  |  Contact Us  |  Press  |  Site Map

© 2013 DomainTools, LLC All rights reserved.





```
Billing Contact Phone Number:        +1.2024703332
Billing Contact Email:               ahmed@american-wireless.us
Technical Contact ID:                CR106952424
Technical Contact Name:              Asif Ahmed
Technical Contact Organization:      American Wireless LLC
Technical Contact Address1:          4238 Wilson Blvd
Technical Contact Address2:          Suite 1216
Technical Contact City:              Arlington
Technical Contact State/Province:    Virginia
Technical Contact Postal Code:       22203
Technical Contact Country:           United States
Technical Contact Country Code:      US
Technical Contact Phone Number:      +1.2024703332
Technical Contact Email:             ahmed@american-wireless.us
Name Server:                         KIM.NS.CLOUDFLARE.COM
Name Server:                         THEO.NS.CLOUDFLARE.COM
Created by Registrar:                GODADDY.COM, INC.
Last Updated by Registrar:           GODADDY.COM, INC.
Domain Registration Date:            Wed Feb 29 06:00:13 GMT 2012
Domain Expiration Date:              Fri Feb 28 23:59:59 GMT 2014
Domain Last Updated Date:            Thu Feb 28 17:33:52 GMT 2013
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.





You are logged in as kimce_5015 | Upgrade Your Account | Log out | Help

**DomainTools**

simple-mobile.co    Whois Search ▾    Search

Overview   Whois Lookup   Reverse Whois   Whois History   Domain Report   Hosting History   Screenshots   Name Server Report   Reverse IP   DNS

## Simple-Mobile.info Whois Record

Tweet   Like   9k

Search Whois Records    simple-mobile.info    Search

Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

**Related Domains For Sale or At Auction**    1 **2** 3   More >

MobileSites.info ($500)       MobileSecurity.info ($1,350)    MobileVideo.info ($488)
MobileApplications.info ($4,997)   MobileService.info ($372)     MobileCoupons.info ($3,488)

Reverse Whois: "American Wireless LLC" owns about  139 other domains

Email Search:  ahmed@american-wireless.us is associated with about 152 domains

NS History: 3 changes on 2 unique name servers over 2 years

IP History: 8 changes on 5 unique IP addresses over 2 years

Whois History: 16 records have been archived since 2011-06-22

Reverse IP: 254,806 other sites hosted on this server.

Monitor This Domain Name

Preview the complete Domain Report for simple-mobile.info

**DomainTools for Windows®**
Now you can access domain ownership
records ... **from your own desktop!**
Download Now>

Image Supplied By DomainTools.com
Last checked April 22, 2013

You the smart one? Let us
show you the job you dream of

**What's This Domain Worth?**
FIND OUT AT
**DOMAIN**INDEX.COM

**Country TLDs**   **General TLDs**

Available domains for registration

```
Domain ID:D47866619-LRMS
Domain Name:SIMPLE-MOBILE.INFO
Created On:24-Sep-2012 06:03:44 UTC
Last Updated On:23-Nov-2012 20:30:28 UTC
Expiration Date:24-Sep-2013 06:03:44 UTC
Sponsoring Registrar:GoDaddy.com, LLC (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR124670418
Registrant Name:Asif Ahmed
Registrant Organization:American Wireless LLC
Registrant Street1:4238 Wilson Blvd
Registrant Street2:Suite 1216
Registrant Street3:
Registrant City:Arlington
Registrant State/Province:Virginia
Registrant Postal Code:22203
Registrant Country:US
Registrant Phone:+1.2024703332
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email: ahmed@american-wireless.us
Admin ID:CR124670420
Admin Name:Asif Ahmed
Admin Organization:American Wireless LLC
Admin Street1:4238 Wilson Blvd
Admin Street2:Suite 1216
Admin Street3:
Admin City:Arlington
Admin State/Province:Virginia
Admin Postal Code:22203
Admin Country:US
Admin Phone:+1.2024703332
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email: ahmed@american-wireless.us
```

Simple-Mobile at          Register
Simple-Mobile be          Register
Simple-Mobile ch          Register
Simple-Mobile cn          Register
Simple-Mobile co.uk       Register
Simple-Mobile dk          Register
Simple-Mobile es          Register
Simple-Mobile fr          Register
Simple-Mobile in          Register
Simple-Mobile it          Register

Register All Selected >   Show all (17) >

Case 1:13-cv-00833-LO-JFA   Document 1-2   Filed 07/09/13   Page 48 of 50 PageID# 68

```
Billing ID:CR124670421
Billing Name:Asif Ahmed
Billing Organization:American Wireless LLC
Billing Street1:4238 Wilson Blvd
Billing Street2:Suite 1216
Billing Street3:
Billing City:Arlington
Billing State/Province:Virginia
Billing Postal Code:22203
Billing Country:US
Billing Phone:+1.2024703332
Billing Phone Ext.:
Billing FAX:
Billing FAX Ext.:
Billing Email: ahmed@american-wireless.us
Tech ID:CR124670419
Tech Name:Asif Ahmed
Tech Organization:American Wireless LLC
Tech Street1:4238 Wilson Blvd
Tech Street2:Suite 1216
Tech Street3:
Tech City:Arlington
Tech State/Province:Virginia
Tech Postal Code:22203
Tech Country:US
Tech Phone:+1.2024703332
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email: ahmed@american-wireless.us
Name Server:NS22.DOMAINCONTROL.COM
Name Server:NS21.DOMAINCONTROL.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.





a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.

